UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RICHARD POLLOCK** | **DOCKET NO. 6:21-cv-636** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ANTHONY SALEME, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of mandamus is **DENIED** and this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 9th day of November, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE